1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES E. MALLETT,                                  No. C 12-00385 YGR (PR)

                    Plaintiff,                     **ORDER OF DISMISSAL**

    vs.

DR. SEPULVEDA, et al.,

                    Defendants.
_____/

        This action was opened in error when the Court received a civil rights complaint form and an *in forma pauperis* application from Plaintiff that were intended to be filed in a previously filed action – Case No. C 11-3632 YGR (PR).  Plaintiff's new civil rights complaint form should have been filed as his Second Amended Complaint in Case No. C 11-3632 YGR (PR).  Plaintiff's *in forma pauperis* application should also have been filed in his previously filed action.

        Accordingly, the Clerk is directed to remove Plaintiff's civil rights complaint from this action, to file it in his previously filed action, Case No. C 11-3632 YGR (PR), and to docket it as Plaintiff's "Second Amended Complaint."  The Clerk is further directed to mark it as filed on January 26, 2012, the date it was received by the Court.

        The Clerk is also directed to remove Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* from this action and to file it in his previously filed action.  It should also be marked as filed on January 26, 2012.

        The Court will address Plaintiff's Second Amended Complaint and Motion for Leave to Proceed *In Forma Pauperis* in separate written Orders in Case No. C 11-3632 YGR (PR).

1    The present action is DISMISSED because it was opened in error.  No filing fee is due.  The

2 Clerk shall close the file.

3    IT IS SO ORDERED.

4 DATED: March 1, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\PRO-SE\YGR\CR.12\Mallett0385.DISfldinerror.wpd          2